UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NANCY MURILLO, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-3641** |
| **CORYELL COUNTY TRADESMEN LLC, et al.** | **SECTION: "G"(1)** |

## ORDER

Pursuant to Local Rules 7.2 and 78.1,

**IT IS HEREBY ORDERED** that the Motion for Conditional Class Certification[1] filed by Plaintiffs is set for oral argument on **July 20, 2016 at 10:00 AM.**

**NEW ORLEANS, LOUISIANA,** this 15th day of July, 2016.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 62.