IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMBROCIO BENITO CASTRO, *et al.*, on behalf of himself and other persons similarly situated<br><br>*Plaintiffs*,<br>v.<br><br>CORYELL COUNTY TRADESMEN, LLC and CC LABOR, LLC and BRANDON ISAACKS and BRENT ISAACKS and PAUL ISAACKS and RONALD FRANKS CONSTRUCTION COMPANY, LLC and ROY ANDERSON CORP and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>*Defendants*. | ) CIVIL ACTION NO 15-3641<br>)<br>)<br>)<br>) JUDGE BROWN<br>)<br>)<br>) MAG. JUDGE KNOWLES<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

Plaintiffs, by counsel, and pursuant to the Federal Rules of Civil Procedure, propound the following request for admissions to Defendants Coryell County Tradesmen, LLC, CC Labor, LLC, Brandon Isaacks, Brent Isaacks, and Paul Isaacks, ("Defendants") requesting timely responses.

### REQUEST FOR ADMISSION NO. 1:

Defendants did not pay the named Plaintiffs nor the opt-in Plaintiffs overtime wages for any labor performed at the 225 Baronne Street Project.

**EXHIBIT A**

*Respectfully submitted:*

*/s/ Emily A. Westermeier*
THE COSTALES LAW OFFICE
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Emily A. Westermeier (#36294)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*emily.costaleslawoffice@gmail.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on CCT, CC Labor, Brandon Isaacks, Brent Isaacks, and Paul Isaacks via email this 3rd day of February, 2017.

*/s/ Emily A. Westermeier*